IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02008–KMT

TONI WODIUK,

      Plaintiff,

v.

LOWE'S COMPANIES, INC.,
LOWE'S HOME CENTERS, LLC,
LOWE'S HOME CENTERS, INC., and
LOWE'S HIW, INC.,

      Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' Stipulated Motion to Dismiss with Prejudice (Doc. No. 24, filed May 1, 2015) is GRANTED. This case is DISMISSED with prejudice. Each party shall bear her or its own costs and attorney fees.

Dated: May 4, 2015